# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| GARY W. MOODY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-907-TWP-DML |
| | ) | |
| RAY LAHOOD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Entry and Notice

The plaintiff has filed a motion for emergency review of portions of the Entry issued by the Court on July 3, 2012 (Dkt. # 8). The motion for review will be treated as a motion to reconsider. *See Peterson v. Lindner,* 765 F.2d 698, 704 (7th Cir. 1985)(a district court clearly has the "inherent power to modify or rescind interlocutory orders prior to final judgment").

Motions to reconsider serve a very limited purpose and are only appropriate for those "rare" situations where the court has "patently misunderstood a party," has decided an issue outside the scope of adversarial presentation, or has "made an error not of reasoning but of apprehension. A further basis for a motion to reconsider would be a controlling or significant change in the law or facts since the submission of the issue to the Court. Such problems rarely arise and the motion to reconsider should be equally rare." *Bank of Waunakee v. Rochester Cheese Sales, Inc.,* 906 F.2d 1185, 1191 (7th Cir. 1990)(citing *Above the Belt, Inc. v. Mel Bohannan Roofing, Inc.,* 99 F.R.D. 99, 101 (E.D.Va. 1983)).

The court will apply the foregoing standard to the motion for emergency review. The court's ruling will be entered on the docket and the plaintiff notified as required by the *Federal Rules of Civil Procedure.* And of course, plaintiff may also make reasonable inquiry of the clerk's office from time to time to ascertain whether a ruling has been made.

**IT IS SO ORDERED.**

Date: 07/05/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

GARY W. MOODY
299 1/2 Madison Street
Franklin, IN 46131