## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL ALLEN GRANT,              ) | |
|                                                         ) | |
| Petitioner,        ) | |
| v.                                                     ) | No. 1:12-cv-894-TWP-DKL |
|                                                         ) | |
| KEITH BUTTS, Superintendent  ) | |
|   Pendleton Correctional Facility,  ) | |
|                                                         ) | |
| Respondent.      ) | |

### Entry and Order Dismissing Action

### I.

The petition of Michael Grant seeking a writ of habeas corpus with respect to a prison disciplinary conviction for ISR 12-02-0033, wherein Grant was found guilty of assault/battery, is denied because the pleadings and the expanded record show that Grant failed to properly complete the second step in the mandatory administrative appeals process, and the time to do so has now passed. Grant's failure to do so constitutes his procedural default, *see Eads v. Hanks,* 280 F.3d 728, 729 (7th Cir. 2002); *Markham v. Clark,* 978 F.2d 993, 995 (7th Cir. 1992), and Grant has not attempted to show any circumstances whereby he could overcome this procedural default such that the court could and should reach the merits of his claims.

The motion to dismiss [Dkt. 12] is **granted**.

### II.

Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 11/13/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Michael Grant
No. 956594
Pendleton Correctional Facility
4490 West Reformatory Road
Pendleton, IN 46064

Electronically Registered Counsel